**SO ORDERED.**

**DONE and SIGNED September 18, 2023.**



_____
**JOHN S. HODGE
UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 23-10189 |
| | § | |
| Jason N. Litton | § | Chapter 13 |
| Jennifer H. Litton | § | |
| Debtors | § | |

### Order

Before the court is the chapter 13 plan proposed by Debtor. *See* docket no. 5.

For the reasons stated in the Memorandum Ruling,

**IT IS ORDERED THAT**:

1. The trustee's objection to the plan is hereby **SUSTAINED**; and

2. Confirmation of the plan is hereby **DENIED**.

###